IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Phyllis M. Echols

1225 Cochran Avenue

Baltimore, Maryland  21239
(Full name and address of the plaintiff)

v.                                              Civil Action No. **WDQ13CV3156**
                                                (Leave blank. To be filled in by Court.)

Living Classrooms Foundation

802 S. Caroline Street

Baltimore, Maryland  21231

_____
(Full name and address of the defendant(s))

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff is a resident of Baltimore City, Maryland_____.
   (Fill in county or city and state of residence)

2. Defendant(s) reside(s) or does business at the following location:_____

Baltimore City, Maryland_____.

3. This action is brought pursuant to (check all spaces that apply):

[X]  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

[ ]  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: _____.

Complaint: Employment Discrimination (Rev. 6/2000)

☐     Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐     Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

4.     I am complaining about (check all that apply):

☐     Failure to hire me. I was refused a job on the following date: _____

☒     Termination of my employment. I was terminated from my employment on the following date: March 30, 2012_____.

☐     Failure to promote me. I was refused a promotion on the following date: _____

☒     Other (explain what happened): Retaliation after filing EEOC charge_____

5.     The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

☒ race    ☐ color    ☒ religion    ☐ sex    ☐ age    ☐ national origin    ☐ disability

6.     The facts of my claim are: _____

<u>Please review attached documents. Total documents attached to this complaint is **61 pages.**</u>

_____

_____

_____

_____

_____

_____

_____

7. The approximate number of people employed by Defendant is:. 350

8. The events I am complaining about took place on the following dates or time period: 10/19/2011, 3/23/2012 and 3/30/12_____.

9. I filed charges on the following date: 11/9/2011_____ with:

[X] Equal Employment Opportunity Commission (EEOC)

[ ] Maryland Human Relations Commission

[ ] Other (give name of agency and location):_____

_____.

10. I received a right to sue letter (attach copy) on the following date:_____

July 30, 2013_____.

WHEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

[ ] Injunctive relief (specify what you want the Court to order):_____

_____

_____

[X] Back pay.

[ ] Reinstatement to my former position.

Complaint: Employment Discrimination (Rev. 6/2000)

☐   Monetary damages in the amount of: 65,000.00                              .

☐   Costs and attorneys fees.

☒   Other (specify): Physical and Mental Anguish – unspecific damages

10/23/2013
(Date)

*Phyllis M. Echols* (signature)
(Signature)

Phyllis M. Echols

1225 Cochran Avenue

Baltimore, Maryland   21239

443-415-2300 Cell   410-433-7201 Home
(Printed name, address and phone number of Plaintiff)

1225 Cochran Avenue
Baltimore, Maryland  21239
October 23, 2013

US Federal District Court
District Court of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, Maryland  21201

**RE:  Filing Suit in the US Federal District Court**
**EEOC Charge No. 846-2012-06986 (Amended)**
**Phyllis M. Echols vs. Living Classrooms Foundation, Inc.**

To Whom It May Concern:

This letter is response to the Living Classrooms Foundation, Inc. position statement dated 5/3/13.  First, I would like to say that LCF statements are totally twisted and inflammatory.  Everything contained in their statements represents the behavior of the CFO and the Accounting department towards me whom the CFO refuses to acknowledge on my behalf.  The inappropriate behavior and poor attitude of the Accounting department are the complaints have brought to the attention of the CFO and Controller.

Allow me to provide a background of my first day experience reporting to work and the LCF Accounting department's initial reaction to my employment as Staff Accountant.  After my introduction to Anna, A/P clerk, whom I did not meeting during my 1st or 2nd interview, Cindy's stated that she never knew that black accountants' existed.  I found this statement to be very offensive to me, as if there are no blacks employed as professional accountants.  However, I replied and stated that I attended Morgan State University (which was a predominant black university during my tenure in 1980's) and there were least 200 people in my class graduating with bachelor degrees in Accounting.  Her statement sounded as if blacks were not receiving an education nor have the ability perform or a presence in the Accounting field.  Afterward, Cindy began to tell me that she was dating a black man whom son currently attends MSU and that I graduated before her birth date.  I was then assigned a project to begin pulling cash receipts for a Donators Listing received from the President Office to provide proof of receipt for donor's commitment and so that there office can forward thank you letters to contributors.   Later in the afternoon, I was introduced to Rodney, a black man, from Maintenance department.  After Rodney left the office, Cindy began to tell of this man's previous incarceration and that this was his first job.  Rodney is 58 years of age.  I really felt uncomfortable listening to personal information about his life.  Everyday for two weeks, I pulled copies of donor's checks for LCF subsidiaries.  During my first week at LCF, I would greet the accounting group upon entering the office without acknowledge from any in the group of my entrance.  During this period, the only exchange of conversation took place between me and Anna Vianna to locate specific cash receipts for a particular subsidiary of the company.  Phil was the first to have a conversation with me but after the cold shoulder and the reception I received from the other members, Phil did not speak or hold a conversation with me afterwards.

For a month, there was no greeting or conversation between me and the accounting group.  The group chatted all day long discussing the personal business such internet dating, adoption and rearing an Asian, to Cindy's relationship with a previous employer/prescription drug dealer whom was arrested in Harford County.  I performed my work without one word being spoken by me (8 hours a day) unless I was receiving an assignment from the Controller, Debbie Zell.  I never spoke in the workplace unless there was exchange between me and the Controller for the first three months of my employment at LCF.

On August 22, 2011, I was approached by a co-worker, Julie Bolster (Payroll Specialist) concerning a change of the password to our KTPB payroll system module.  The prior week, Julie Bolster was on vacation in California, and I

filled in to process the company's payroll in her absence. When I was processing the company's payroll, the KTPB payroll system module prompted me to change the password before I could enter the system. So, I changed the password to love1GOD. Shortly after entering the office, greeting the staff and Julie's return to the office from her vacation, I inform Julie Bolster that I need to change the password in order to process the company's payroll. Prior to this conversation, an HS employee entered the office, by the name of Doug. He complimented me for including his time after he had submitted his timesheet pass the payroll deadline. Doug, referred to me as his angel and wanted to thank me for reopening the payroll batch before it was processed to include his time. After Doug's departure, Julie asked me why did I change the password and inform her that password was change to love1GOD to facilitate the processing of the company's prior period payroll. Julie Bolster, immediately begun yelling that I should not changed her password, that she was offended by the password change. She stated that there were many GODS and the reference to 1 GOD was insulting. My response was that I meant no disrespect or to offend your values but I would not allow her yelling and shouting at me to shut up. I am not your child of 3 or 4 years old. She acted as if I laced the password with profanity. I also suggested that if the password change offended her, all she needed to do is change the password to what she would like it to be. She processed by yelling that I should have change her password to SadieCat11 from SadieCat10. Again, I repeated Julie just change the password. Why are you yelling at me for something that can be simply fixed by change your password to you liking. At this, Julie Bolster and another co-worker Cindy Wadalavage (Grant Accountant) began yelling louder for me to "Shout Up" several times until the new CFO of a week, Bob Sandler, came out of office to ask the group to calm down.

Afterwards, the CFO held a meeting with me expressing his discomfort with Julie and Cindy outburst. He explained their exchange was definitely hostile and provoking to me and that he would not tolerate this type of behavior in his department. He also arranged individual meetings with each member of the accounting department staff to discuss their job position and duties. I was told that he had a discussion with Julie and Cindy concerning the behavior during their individual meetings. I'm the only black in this department, the only one singled out for exclusion and the only coworker within this department whom is subjective to this type of behavior. Julie and Cindy do not communicate with the other two staff in the same manner. They are polite to each other. Why can't I be treated with same mutual respect and courtesy that I extend to this department or the respect this group extends to each other?

As a Staff Accountant of the Living Classroom Foundation, Inc., I report to work given 100% of my professional expertise and work experience to perform and conduct myself in a professional and respectful manner in all aspects of my employment with the Living Classroom Foundation. My employment with the Living Classroom Foundation, Inc., has disclosed that basis monthly close out and reconciliation processes have not been employed in this organization during its current 25 years of existence. The Controller, Deborah Zell, whom is working hard to improve and implement new processes which could provide a check and balancing of all crucial areas, has asked me to begin reconciling the balance sheet accounts and to convert the manual bank reconciliation procedure to an automated procedure utilizing appropriate module the Navision system as a first priority.

I also have request the opportunity to begin reconciling the Historic Ships, Paddle Boat and Electric Boat sales revenue to its Vendini Ticket Sales System, which we employ to track all revenue sales. When I began to execute the reconciliation of these accounts, Cindy Wadalavage approached me in a hostile manner asking me what I was doing. I explained what I was doing and she proceeded to inform me that it has never been done before and that I was wasting my time. I continued with my project. To date, I have reconciled the Paddle Boat and Electric Boat Sales thru July or August 2011. I'm currently working on the reconciliation of the Historic Ship division, whom is a larger entity with a greater volume of transactions in a monthly period.

After several months of working in social isolated, hostile and threatening work environment, management reluctance to address the issues and protection of this racist culture, I had taken sick and was diagnosis with extreme anxiety, depression and high blood pressure displaying levels which endanger me of suffering of a heart attach or stroke. On 10/19/11, I was placed on short-term disability for the above condition after encountering threats from two of my white co-workers.

Back to the bank account reconciliation process utilizing the Navision Accounting System employed and used by the Living Classroom Foundation, Inc. I started this project on October 14, 2011. The first bank account I tried to reconcile was the Friend of Fort McHenry. I chose this account to reconcile first because it has the smallest amount of monthly activity. At the end of the day, I spoke with the Controller, Deborah Zell, to inform her that there was a

problem with the way the bank account ZBA were recorded in the Navision System. I stated that this account operates in the following manner: when a cash deposit is made to this account, it is automatically transferred to the parent account LCF. When a check is drawn on this account, the parent bank account LCF transfers the amount of the check to be written. This has a zero balance at the end of month. However, the ZBA are currently recorded by offsetting the deposits against the checks drawn. I suggested reversing the previous entry and recording the ZBA per the bank statement. The General Ledger should be a mirror image of this statement. The ZBA equals the total activity captured by the bank. The total for cash deposits plus checks written should be equal to the amount of the ZBA. Deborah Zell asked my to get the entries from Phil Colcoh to review them and reverse the entry if necessary to correct the ZBA errors and continue with the monthly reconciliation of the Friends of Fort McHenry bank account.

On October 17, 2011, I entered the office greeting everyone and ask Phil for a copy of the ZBA bank entries. Cindy interrupted raising her voice and stated, "What do you need these entries for?" I stated that my question was directed to Phil and if she would please attend to the affairs of her desk. When I begun to explain the need for the entries to Phil, Cindy continue to interrupt raising her voice stating the ZBA were recorded correctly and I did not know what I was talking about. I then stated that if she knew how to reconcile the bank accounts, why they were not reconciled in her 2 or 3 year tenure in this position. After this confrontation, I requested a moment with my CFO, Bob Sandler. I said that I should not have to allow Cindy's combative and hostile nature towards me and that Cindy is not my supervisor. I also added that Cindy continues to be as disrespectful, combative and interruptive in tasks assigned to me. The CFO, Bob Sandler, reviewed the Friend of Fort McHenry January 2011 bank statement and determined the ZBA entries will be reviewed by himself and the Controller, Deborah Zell. After there review of the ZBA entries, I will be informed when to continue with the reconciliation for the bank accounts. After this meeting, I continue with the Vendini sales recon for the Historic Ship entity.

Around 2:00 p.m., Cindy approached my desk and said that I recorded AMEX settlements incorrectly and need to reverse my entries. I asked which entities were recorded wrong and she said all and slammed the folders on my desk. I then slammed the folders on a table behind me. Cindy had slammed or placed these folders on top of the Vendini Sales Reports I was working from.

On the following day, October 18, 2011, I was working on the reversal of the previous AMEX settlements which did not include the recording of the AMEX fees and rebook the AMEX settlements and AMEX fees correctly. Around 11:15 a.m., while recording these corrective entries into the Navision System, Cindy yelled out "Stop hitting the keyboard. I'm trying to post an entry." I answered saying, "when the icon appeared on the screen, I stopped my keystrokes. When the icon disappeared, I continued entering my journal entry. Afterwards, Cindy shouted "Shut Up! Shut Up!" I responded saying "I'm not your child and I will not tolerate your yelling and screaming at me. I treat you in a respectful, kind and courtesy manner and I expect to be recipient of the same courtesies." At this moment, Julie and Cindy both began to yell and scream "Shut Up! Shut Up!" I immediately reported to the Controller's office, Deborah Zell, to inform her of this occurrence. Deborah Zell stated, "That she would speak with Cindy and that I should try to remain calm or I may lose my job." I answered stating, "I have spoke to you on several occasions concerning Cindy and Julie disrespect of me, and you're telling me that this can not be corrected and I must subject myself to their inappropriate behavior or I can be fired for being offend. How can the intolerable behavior of Cindy and Julie go without correction?"

After a short ten-minute break, I returned to the office and Cindy approached me stating "I 'm sorry for yelling at you like a 2 year old." I replied by stating "all I want is mutual respect between us." Cindy proceeds to waving her right hand stating, "I have no more to say!" Cindy then left the office for a fifteen-minute break returning to say as she passed my desk **"You're black ass is out of here."** I reported back to the Controller's office, Deborah Zell, stating the threat spoken by Cindy. Deborah Zell stated "Cindy was not my supervisor and I must remain calm or go home for the day." She also stated Scott Raymond made an inquire into the confrontation between Cindy and I and she told Scott Raymond (VP of Education) that she held a meeting with Cindy and told her she needs to be more gentle when talking to Phyllis Echols. After this meeting, I left for the day. I was not sent home by the Controller. I asked if I may excuse myself for the rest of day. While walking off the campus, my head felt light headed, my heart was beating fast and my hands were shaking.

One October 19, 2011, I went to my primary care physician, Dr. Manuel Ramos, to be treated for the above stated conditions. I was also crying and angry with the previous day's confrontation with my co-workers, Julie Bolster and

Cindy Wadalavage. Dr. Manuel Ramos exam showed a blood pressure reading of 174/110, which indicates a high risk for heart attacks and strokes. I'm currently being treated for blood pressure and severe anxiety. Dr. Manuel Ramos placed me on medical leave from 10/18/11 thru 11/1/11 with a return date to work on 11/2/11. I have an appointment with Dr. Samson Vimalanda of the Psych Associates of MD, LLC on 11/14/11. Today is 10/31/11, and I'm scheduled to return to Dr. Manuel Ramos on 11/1/11 for a reevaluation.

I believe these actions were discriminatory because Julie Bolster (Payroll Specialist) and Cindy Wadalavage (Grant Accountant) do not communicate with the other members (Anna & Phil – Accounts Payables Clerks) of the Accounting Department in a hostile manner as they do with me. These women do not raise their voices nor yelled at the other employees of the Accounting Department. The verbal harassment, yelling, erratic hand motions; name-calling **"black ass"** and the threats to my job security and position are all actions of race discrimination by this staff of two. Everything I attempted to improve the accountability of the Accounting Department systems is met with great hostility and resentment from Cindy Wadalavage.

On 11/9/11, the EEOC issued a dismissal and notice of suit rights. (Please refer to EEOC attachment) I returned back to work on 11/28/11 from my short-term disability but I am still being seen by a psychiatric and therapist for the consistently work environment I was subject to. Upon my return on 11/28/11, I met with Director of Human Resources, Marika Pinkett, Vice President, Scott Raymond, and the Chief Financial Officer, Robert Sandler. During this meeting, I was informed that it was the Living Classrooms Foundation pleasure to welcome my back after my absence and the Foundation is committed to the policy of fair treatment of its' employees in all aspects of employment and that I would be treated with dignity and respect. I was also informed that the CFO, Bob Sandler, has addressed the Accounting Department staff regarding their behavior and conduct and is committed to creating a productive work environment. I was also ensured that the hostile environment I was previously subject to would not be tolerated and if my co-workers behavior was inconsistent with their philosophy of mutual respect, that I should immediately report any incidents to the Human Resources Director, Marika Pinkett, because I express my reluctant and distrust to report to the CFO, Bob Sandler, because he did not discipline my co-workers in pass when he has witnessed several incidents of my white co-worker shouting at me, admitted that their behavior was bullying but did nothing to correct my white co-workers. At this time, I was ensured the Foundation prohibits any form of discipline or retaliation for reporting incidents or for pursuing any such claim.

I was also represented with a Performance Evaluation Report dated 11/2/11 prepared by the former Controller, Debbie Zell, while I was on my six week short-term disability leave for stress involving the hostile work environment and racial outburst of my white co-worker towards me. This Performance Evaluation was given to me for review upon my return on 11/28/11. I believe that this evaluation was done in retaliation for not reporting work after a two weeks absence and receipt of the doctor's note extending my leave. Also, on 11/2/11, I received a call from the Vice President, Scott Raymond, inquiring as to the extent of time I would need off and if I was seeking employment. I informed him that I was the care of doctor and would report to work once I was released. I tried to hold a conversation with him concerning the problems I was experiencing in the accounting the department but he blew me off stating that he had a meeting to attend to and that upon my return he wanted to meet with me. After receiving this call from Scott Raymond, I called Debbie Zell to confirm that she received my husband hand delivery of doctor's note extending my absence. Debbie informed me that I needed to get back to work as soon as possible to assist her with the audit schedules and that CFO and Vice President was upset with my absence. I was told that a meeting between the CFO, Controller and Vice President was held to determine if I can be terminated. She was asked if I can be terminated without cause if I had not completed my probationary period. Debbie informed them that my probationary period ended in July 2011. At this time, she was instructed to write and complete performance appraisal for my service. I was told that negative rating reflected on performance evaluation for the category of cooperation/working cohesively was charged from a positive rating to a negative rating by removing her comments and inserting his comments regarding this area of review. I was informed that the neither CFO nor Vice President wanted to address the hostile environment or harassment I was subjected to; they rather find a way to terminated me. Upon my return, I was told that I would report directly to the CFO and the Controller, Debbie Zell is no longer with us.

The Performance Evaluation stated that exceeded the Foundation expectations for the quality of my work. It states that I have done very good job in the following areas: audit schedules, fixed assets/depreciation updates and schedules, cash receipts posting, payroll back up assistance and posting adjusting journal entries to the ledger for accuracy. I was given a rating of 2 (below expectations) in the category of cooperation/working cohesively. It

states that I need to improve my ability to deal with work related issues that apparently cause frustration to her, especially in regard to maintaining positive working relationships with co-workers on the accounting team. I have performed in a professionally and respectful manner at all time regarding my white co-worker, however, the same courtesies were not extend to me. I have endured my white co-workers shouting, yelling, threatening movements of co-workers arms and verbal threats to have **my black ass fired** my one of my white co-workers, whom I have worked so hard to be accepted and a part of this team. However, I think my professional training, my education and previously work experience was threatening to my co-workers and I exposed the weakness in the co-workers accounting skills and knowledge. The category for the Knowledge of Job, I was given a rating of 4 (exceeds expectations). This category has a comment that I have more than adequate education and experience and that I had picked up LCF accounting procedures (for which were few) and the Navision software program very well. I was given top ratings for each category of the Performance Evaluation Report. However, I did not sign this report because it contained liars concerning my ability to get along with prejudice co-workers whom refuse to accept in the work group. This report also stated that I should avoid being critical. I do not agree with this statement because the criticism I offered regarded the absence of accounting controls and reconciliation of the Foundation balance sheet accounts on a monthly basis was excessive. These tasks should be performed on a monthly basis after the accounting department has finished its monthly close out the reporting period. However, this is another task, which was Foundation has not been during in the existence of this twenty year ago company.

I also refuse to sign this document because it accuses me of not being a team player. Every since I began working as professional staff accountant, I have saved my prior performance evaluation from other jobs I have held for years at time and I have always received excellent ratings in this category. My performance appraisals have always stated that I'm an exceptional team player, whom maintains a heavy daily workload, is willing to accept additional duties and is always willing to assist co-workers. Being a southern Christian woman, my history of performance appraisals all stated I consistently treat colleagues with consideration and respect. Performance Appraisals for the last twenty years as a staff accountant professional attest that I'm prompt and professional in my communication with internal and external customers. Given my employment history for the last twenty years, I could not sign a statement was which totally contrary to my charter and image as a professional. The former Controller, Debbie Zell, told me that the statements, which were not positive, were the words of the CFO, Bob Sandler. Debbie Zell also informed me that she placed a letter in my employment files to rebut the former false statement placed on my Performance Evaluation at the direction of the CFO. (Please refer to the attachments of MedStar Performance Assessments)

For the next two months, the Chief Financial Officer, Bob Sandler, and the Human Resource Director, Marika Pinkett, would meet with me to discuss my co-workers behavior towards me. I told both parties, that two of the co-workers would not greet me; however, I can ignore the ignorance as long as these women did not yell and disrespect me as they did in the past. I basically remain to self, an outcast of the accounting department and the most productive member of the Accounting Department.

Prior to being given the Auditor's PBC List, I was creating spreadsheet for the reconciliation of the organization's fixed asset and pulling the supporting documentation for the asset additions to update the schedule I created last for the determination of the depreciation expense. When performed this task last year, I informed the CFO and Controller that the recurring entry to recording the depreciation expense was overstated and depreciation expense should be recording on a monthly basis using the 2010 Fixed Assets schedules which I created during last audit. Six weeks before my termination, the organization hired a black Controller, Archie Reed, to replaced white female controller, Debbie Zell. When we acquire the new controller, the organization, allow me to implement the reconciliation of all cash accounts thru the accounting software. The first time this organization has had bank reconciliation produced from the accounting software. This was a major step in the determining the accuracy of cash account balances reported in the financial statement. This process allowed me to adjust the cash accounts for unrecorded transactions.

Afterward, I was given the task of updating the fixed assets and accumulated depreciation expense schedules to determine the actual depreciation expense for the 2011. I knew before beginning this task that depreciation expense reflected on the income statement was overstated due the recurring journal entry to this expense (estimates established and approved by CFO). However, I corrected this overstated depreciation expense for the company while updating the fixed assets and accumulated depreciation expense schedules for each the company's subsidiaries. Before recording the depreciation expense for the last company (LFC) into the general ledger, for which, the actual depreciation expense to be recorded for the entity is shown and captured on the spreadsheet for the

LCF Fixed Asset Schedule, the Controller changed the prior of my workflow to updating and recording the investments transactions for the all broker accounts.

After the new black Controller was hired, I met and received telephone calls and emails from the Director of Human Resources, Marika Pinkett, inquiring as to improvements in the work environment and the comfort of working with Archie Reed. I was asked to consideration withdrawing the EEOC Discrimination Charges given there had been no confrontations between Julie, Cindy and I. I expressed my hesitation to withdraw the charges because of fear of retaliation and that company had no implement any written policies to address the issue of bulling in the workplace and creating a hostile environment.

On 3/15/12, I hastily wrote a letter to the EEOC to withdraw my charges after many meetings with Marika Pinkett. Marika Pinkett also informed me that the request to drop the charges was the hope of Scott Raymond and he was upset that I had filed the EEOC charges. Marika Pinkett say that she informed Scott Raymond that it was my right to pursue the EEOC charges if the organization's did nothing to address the employee's concerns regarding co-workers racialism and religion discrimination which are against the law. On 3/16/12, the day after I faxed a letter to withdraw the EEOC discrimination charges, the CFO, Bob Sandler, heard me say, "Go the hell" while listening to radio sermon speaking about the "White Throne Judgment". Bob Sandler came to my desk and asked that I don't speak these words. I apologized and stated that I was repeating a statement in this sermon.

On 3/22/12, as Bob Sandler passed my desk, he heard me say Amen softly in my prayer. He immediately became angry and hurried to the Controller's Office, Archie Reed, and asked him to write me up for speaking Amen. Archie Reed immediately came to my desk requesting that I follow him to his office. Archie Reed stated that my speaking "Amen" was offensive to the CFO, Bob Sandler, whom is a Jew and the rest of the accounting staff because they were atheist. He told me that I can not speak Amen, God, Jesus or Lord while in the workplace because I was not in church but at work, and that if I wanted to work for the Living Classrooms Foundation, I would refrain from using these words in the workplace. My response was that his statement was contradictory to the group actions and that I was being censored. I then stated "If someone in this work group was to sneeze, they response to each other and say "God, bless you, but you are telling me that I can not speak GOD, Amen, Jesus or Lord. The Controller then stated, "I have been warned." This is clearly an example of LCF creating a separate set of rules and standards for me.

On 3/23/12, when I entered the department, a staff meeting was underway. I apologize to the group and had seat at my desk. I guess I was about 10 minutes late. The CFO, Bob Sandler, asked if I had received the email and I said I was so busy completing the various task preparing for the Audit and neglected to review the email. I also stated that I wish emails would prompt an icon to appear on the screen to sign that you have mail. Again, I apologized for my lateness. The staff meeting was to provide an update of the CFO and Controller visit to the Living Classrooms Foundation (National Capital Region) offices. The Controller asked if any of the staff members had any questions or concerns regarding this location. At this time, I stated that the last two cash receipts package received from the NCR location included credit card receipts and I only ask that this location provide a settlement report for each day's credit card transactions. I also stated that I had recorded the credit card receivable from these receipts. At this time, Cindy Wadalavage, Grant Accountant, says that she records the credit card receipts for this location and that I should not record the credit card receipts. The Controller, Archie Reed, asked how was she received the information for the entry. She stated that she records the credit card receivables based on the information entered into the QuickBooks system and Excel spreadsheet. Archie Reed then stated that my way was the best method of recording these receipts since I have a hardcopy of the credit card receipts to record this entry. Also, my method provides the supporting documentation of the entry recorded to the accounting general ledger. He then stated that I would continue to record the credit card receipts in this manner. At this time, Cindy stated that I knew that she recorded the cash receipts for this entity and said we have a conversation on a monthly basis discussing whether the NCR receipts had been entered into the system. I response to Cindy that the only conversation we share at the end of the month was the printing of the AMEX settlement reports. She continued to state I made inquiries about the NCR receipts again and I stated that the truth was not in her and that she was lairing, conjuring events that had never taken place. In the middle of my response to Cindy, the CFO, Bob Sandler asked me to be quite. I finished my sentence and remained quite the rest of the meeting. After the meeting, the Controller, Archie Reed asked to meet with me outside of the office for privacy. Archie Reed and I walked along the property of LCF and took seat at a picnic table. During this meeting, Archie stated that I did not need to defend myself regarding the false statement made by Cindy. He had already stated in the staff meeting that my suggested method of recording NCR's credit card receipt was best method and practice. He then stated how President Obama ignored a Member of Congress yelling that he

was liar during a State of Union Address. Again, I stated that I was sorry and we returned to the office. This is another example of Cindy Wadalavage clearly undermining my expertise in accounting in a public setting. Also, an email was issued to the Accounting Dept by the CFO, to address the issues of the 3/28/2012 staff meeting. I forwarded this email to the Director of Human Resources, asking that she and I meet with CFO to discuss this 3/23/12 meeting which I had previously voiced my concerns to the Director of Human Resources. She promised to send a email to the CFO to arrange an meeting, but before her return to work on 4/2/12, I had been terminated without her knowledge.

On 3/29/12, the Controller, Archie Reed, came to my desk to question my about the depreciation expense in the general ledger reflecting a balance of $1,200,000 for the 2011 calendar year and that it was overstated by $400,000 from the prior year and he wanted to know why. I explained that the 2011 depreciation expense would be close to last year's expense once I recording the depreciation expense for the LCF and adjusting the 2011 depreciation expense for the year when the last general journal entry was entered. When Archie Reed confronted me, I was trying to record the last journal entry to record the December 2011 activity for the Morgan Stanley Smith & Barney investment account. Archie Reed asked for the total actual amount of the 2011 depreciation expense. I asked Archie Reed if he could review the Fixed Asset Listing and Accumulated Depreciation Schedules (which I have created and prepared for each of the company's subsidiaries) to determine total actual expense, which are located on the share drive so that I may finish this entry and go to lunch. He informed me that he had not went to lunch either, and that CFO needed this information immediately. My response was the information was readily available on the share drive within the 2011 Audit file. I also stated that it was 1:45 pm and that I normally take my lunch break between 12:00 pm and 1:00 pm but I stayed passed my normal time to finish the task of updated the general ledger with balances of the all broker investment accounts.

At this time, Archie Reed, reviewed the 2011 Audit files and retrieved the Fixed Asset and Accumulated Depreciation Schedule spreadsheet for all of the entities and provided a total to the CFO, Bob Sandler, based upon the schedules I had created and updated to reflect the 2011 transactions. I picked up my lunch and returned to my desk eat. I worked 45 minutes overtime to recording the depreciation expense for the last entity, LCF, and provided an additional spreadsheet for a summarized analysis of depreciation expense for the Living Classroom Foundation and it subsidiaries. When I was recording this entry, occasionally I would pass one of the required fields, saying, "Shoo!" and return to the pass field. The next time I passed a required field, I said "Jesus" softly and apologized to the CFO and Accounting Clerk, Anna. I finished entry and left the today. Prior to leaving, I also provided an update for the Donated Boat Inventory to the CFO, stating that the analysis for the Donated Boats was completed on 12/28/11 and a copy was given to the Bob Sandler, CFO, on this date requesting his review and approval of the suggested journal entries to be recorded. Bob Sandler stated that I should given this information to Archie Reed, Controller. I also, informed the CFO that were not incompliance with the Baltimore City Historic Ship contract by establishing a bank account for the deposit of .25 per ticket sold for the repairs and maintenance of the leased ships. I also stated that there was little documentation to determine the under fund liability to this account. The CFO asked me to ignore information but I had already forward this information to Chris Rowson – President for the Historic Ships division of the Living Classroom Foundation which seemed to upset the CFO.

On 3/30/12, once I informed the CFO and Controller that I had completed all items on the Auditor's PBC List with the exception of the items to be examined during the audit, I was asked to meet with CFO and Controller. During this meeting, the CFO stated that I was being terminated for causing problems in the Accounting Department. He stated that I did not get along with co-workers and I have been causing problems for a while. My response was that my co-workers were harassing me for several months and management did nothing to correct the hostile environment I was subject to until the filing of the EEOC charges for discrimination and work place bullying. I also said "When I was being bullied, yelled at, and threatening by hand movements of Cindy and Julie, the CFO neither wrote them up nor terminated my co-workers for the offensive and hostile behavior I have endured for several months. The CFO also claimed that I ignored his email requesting a meeting with me the day before. I saw that email but did not response because I was trying to have the Human Resources Director be a part the meeting because I do not trust the Chief Financial Officer, Bob Sandler, in part, because of his reluctance to deal with the issues of a hostile and racial environment in the Accounting Department. I was the only black staff accountant and my white co-workers treated my differently from the rest of the work group. I received invalid criticism from Cindy Wadalavage, which was endorsed by the CFO, blamed without factual justification, was shouted at or being humiliated for several months before the filing the EEOC charges. This behavior returned in full swing after I faxed

a letter of withdrawal to the EEOC. And at the end of my tenure, I was being given work with unrealistic deadlines and exposed to excessive monitoring by the CFO.

Also, I like to add upon returning on 4/2/12 to retrieve my personal items from the Human Resources Director, I was told that she had no idea that I had been terminated. Also, I told that I was being terminated because "I did not fit in."

In closing, I like to repeat, that my terminated of employment from the Living Classrooms Foundation is solely based on Retaliation for the EEOC charges of religion and racial discrimination which filed on 11/9/11. On 1/26/12, EEOC Director, Gerald S. Kiel issued a Notice of Charge Reopening. Also, these charges were amended to include religion discrimination and retaliation on 4/18/12. After a review these EEOC documents, it clearly states that I'm engaged in a protected activity, such as filing an EEOC complaint, that Living Classrooms Foundation took an adverse employment action against me and there was a causal connection between the protected activity and the adverse employment action. Please note the EEOC period of protection was from 1/26/2012 thru the current date. This EEOC charge was an activity case upon my termination. Under the Title VII of the Civil Rights Act of 1964 (Title VII), it illegal to retaliate against a person because the person complained about discrimination, filed a charge of discrimination, or participated in an employment discrimination investigation or lawsuit. The law also requires that employers reasonably accommodate applicants' and employees' sincerely held religious practices, unless doing so would impose an undue hardship on the operation of the employer's business.

Also, I am greatly offended that LFC stated that my charge lacks any basis in reality. Because I was under the care of a psychiatrist for the racism I endured that LCF, LCF statement is a clearly discriminatory statement against the medical treatment I received during a great time of pain and anxiety. This is a clear violation of The Genetic Information Nondiscrimination Act of 2008 (GINA), which states that is illegally to discriminate against employees or applicants because of genetic information. Genetic information includes information about an individual's genetic tests and the genetic tests of an individual's family members, as well as information about any disease, disorder or condition of an individual's family members (i.e. an individual's family medical history). The law also makes it illegal to retaliate against a person because the person complained about discrimination, filed a charge of discrimination, or participated in an employment discrimination investigation or lawsuit.

**WITNESS:**
Deborah Zell - Controller
410-596-3977 Cell    410-347-0319 Home

I believe Deborah Zell, Controller, will attest that she is aware of the 10/17/11 and overheard 10/18/11 incident where Cindy Wadalavage was yelling and screaming at me. She can also attest to the group's isolation and the rude manner in which these two individuals had dealt with me and being forced to make false statements in my Performance Evaluation. I also believe she will also state these individuals did exhibit racist behaviors in their interaction with me.

After the EEOC investigation of these charges, I was informed that their investigation did not include adequate questioning of Deborah Zell because of the confidential agreement signed with the Living Classrooms Foundation prior to her departure. Deborah Zell is concerned with agreement which prevents her from given any statement regarding the discrimination which occurred during her post as Controller of LCF.

Sincerely,

Phyllis M. Echols

Attachment Included:
EEOC Dismissal and Notice of Rights dated 11/9/2011
EEOC Notice of Charge Reopening dated 1/26/2012
Letter to EEOC for the Dismissal of Charges and Transaction Report dated 3/15/2012
EEOC Amended Charges Cover Letter and Notion of Return of EEOC Form 5 dated 4/19/2012
Dr. Ramos Note of Absence dated 10/19/2011
LFC Letter for My Return to Employment dated 11/29/2011

LCF Separation Agreement and General Release dated 3/30/2012
Division of Unemployment Insurance Notice of Benefit Determination dated 4/17/2012
Division of Unemployment Insurance Notice of Benefit Determination (Page 2) dated 4/17/2012
Unemployment Insurance Appeals Decision dated 5/31/2012
2012 Living Classrooms Foundation Observed Holidays – One of which is Good Friday – the day of Christ's death.
Letter of Recommendations from LCF Controller, Deborah Jell